1

2

3

4

5

6                           IN THE UNITED STATES DISTRICT COURT

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    SECURITIES AND EXCHANGE                  No. C 10-80129 SI
     COMMISSION,
10                                            **ORDER GRANTING DECLARATORY**
                      Applicant,              **RELIEF REGARDING ENFORCEMENT**
11                                            **OF ORDER**

12      v.

13   GORDON BRENT PIERCE,

14                      Respondent.
     _____/
15

16

17

18          On December 16, 2010, the Court held a hearing on respondent's motion for declaratory and

19   other relief regarding enforcement of this Court's September 2, 2010 order ("the Order").  (Docket No.

20   27).  The Court ORDERS Pierce to satisfy his remaining payment obligation to the SEC under the Order

21   according to the following payment plan ("the Plan"):

22          1.      Payment of $1 million to the SEC by wire transfer on or before December 31, 2010;

23          2.      Payment of the remaining balance due under the Order on or before February 15, 2011;

24                  and

25          3.      Securing the payments due under paragraphs 1 and 2 above with a collateral mortgage

26                  substantially in the form attached as Exhibits A and B to the Declaration of Christopher

27                  B. Wells filed on September 23, 2010.

28          If Mr. Pierce fails to comply with any of the terms of the Plan, the SEC shall be entitled

**United States District Court**
For the Northern District of California

immediately to request that a judgment be entered on the Order and to begin collection proceedings on such judgment.

**IT IS SO ORDERED.**

Dated: December 17, 2010

SUSAN ILLSTON
United States District Judge